UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jane Morrissey, individually
and on behalf of all similarly-situated persons,

                        Plaintiff,

v.	                                        Case No. 2:19-cv-13027
                                              Hon. Paul D. Borman

CCS Services, PLLC d/b/a/ Silver Tax Group,
d/b/a 1-800-LAW-FIRM Federal Tax Defense,
d/b/a 1-800-LAW-FIRM National Tax Defense,
d/b/a 1-800-LAW-FIRM National Tax Defense
Team, d/b/a 1-800-LAW-FIRM Tax Defense,
Chad Silver, and Chorus HR Group, LLC,

                        Defendants.

---

### ORDER APPROVING SETTLEMENT
### AND DISMISSING CASE WITH PREJUDICE

This matter having come before this Court upon the Parties' Joint Motion to Approve Settlement and Dismiss Case with Prejudice, having reviewed the Motion and considered the Parties' Settlement Agreement, the Court finds that the proposed settlement of Plaintiff's FLSA claims is a fair and reasonable resolution of a *bona fide* dispute.  The amounts to be paid represent a reasonable compromise of the parties' respective positions.  The amount represents a significant sum for the individual Plaintiff, compelling the conclusion that the risk of collusion is nil.  The downside risk for each side is substantial, and the motivation to eliminate the

uncertainty of an adverse judgment is high. The parties' respective counsels have advised their clients. The Court notes that this case was not certified as a collective or class action and therefore the settlement is binding only on the named Plaintiff. The court is inclined to approve the settlement because the individual plaintiff has concluded that the settlement is in her best interest. Finally, the Court finds that the proposed payment of attorneys' fees and costs contained in the Settlement Agreement is reasonable considering the time and effort expended to date.

    Therefore, it is ordered as follows:

    1.    The Joint Motion to Approve Settlement and Dismiss Case with Prejudice is granted.

    2.    All of Plaintiff's claims are dismissed with prejudice and without additional costs or attorneys' fees to either party.

SO ORDERED.

                                                    s/Paul D. Borman
                                                    Paul D. Borman
                                                    United States District Judge

Dated: March 22, 2021